**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GLOBALTAP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PETERSEN MANUFACTURING CO. INC., | ) | Case No.  1:18-cv-05383 |
| CHRIS PETERSEN, MIKE SIEMER, | ) | |
| W.W. GRAINGER, INC., ZORO TOOLS, INC, | ) | JURY TRIAL DEMANDED |
| PARK N' POOL, INC., NEOBITS, INC., AND | ) | |
| CAREFORDE SAFETY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION REGARDING PLAINTIFF'S MOTION FOR**
**PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Plaintiff GlobalTap, LLC ("GlobalTap") and Defendants Petersen Manufacturing Co. Inc. ("PMC"), Chris Petersen and Mike Siemer hereby make the following stipulation regarding Plaintiff's Motion for Preliminary Injunction and Expedited Discovery.

1.      Plaintiff filed a Motion for Preliminary Injunction and Expedited Discovery in this case.  Doc #7.

2.      PMC, Chris Petersen and Mike Siemer (collectively, the "Petersen Defendants") oppose Plaintiff's Motion for Preliminary Injunction and Expedited Discovery.

3.      In exchange for Plaintiff's withdrawal of its Motion for Preliminary Injunction and Expedited Discovery, the Petersen Defendants agree that, during the time this case is pending:  (a) they will not manufacture, sell or transfer fountains using or substantially based upon the designs described in the patents referred to in Plaintiff's Complaint, including any current inventory of such products, (b) they will not manufacture, sell or otherwise transfer any products using the GolbalTap name or mark referred to in the Complaint, including any current

1

302385189v1 1012263

inventory of such products, and (c) they will remove from PMC's website(s) any products using GlobalTap's name or mark or based on the designs in the patents referred to in the Complaint.

4.     Based on PMC's agreements as stated above, Plaintiff withdraws its Motion for Preliminary Injunction and Expedited Discovery.

5.     Nothing in this Stipulation shall constitute a finding or admission with respect to the merits of any of the claims, issues or defenses in this case.

6.     GlobalTap and the Petersen Defendants agree that the Petersen Defendants shall have until September 24, 2018 to respond to Plaintiff's discovery requests that were attached to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery.

7.     GlobalTap and PMC agree that the Petersen Defendants shall have until September 17, 2018 to answer or otherwise respond to Plaintiff's Complaint.

**SO STIPULATED**

*/s/ Peter J. Evans*
Peter J. Evans
Patterson Law Firm
One North LaSalle Street, Suite 2100
Chicago, IL  60602
312-750-1916
pevans@pattersonlawfirm.com
***Attorneys for Plaintiff***

*/s/ Peter D. Sullivan*
Peter D. Sullivan
Terrance P. McAvoy
Mark K. Suri
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL  60606
312-704-3000
psullivan@hinshawlaw.com
tmcavoy@hinshawlaw.com
msuri@hinshawlaw.com
***Attorneys for Defendants***

2