# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

GlobalTap, LLC

                                            Plaintiff,

v.                                                                               Case No.: 1:18−cv−05383
                                                                               Honorable Charles R. Norgle Sr.

Petersen Manufacturing Co. Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Plainiff's Motion for Entry of Default Judgment against Defendant, Park n' Pool, Inc. [27] is granted. The parties are not required to appear before the court on Friday, January 4, 2019. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.