# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

GlobalTap, LLC

                                          Plaintiff,

v.                                                                  Case No.: 1:18−cv−05383
                                                                     Honorable Charles R. Norgle Sr.

Petersen Manufacturing Co. Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Defendant Park and Pool Corporation's Motion to Vacate Default Judgment and for Leave to File Answer and Affirmative Defendants to Count II, IV and VI of Plaintiff's Complaint [32] is granted. Motion hearing held on 1/11/2019. Status hearing is set for 2/22/2019 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.