IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLOBALTAP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETERSEN MANUFACTURING CO. INC., et al., <br><br> Defendants. | No. 18-cv-05383 <br><br> Hon. Charles R. Norgle |

In light of the parties' August 30, 2018 Stipulation [15], Plaintiff's Motion for Preliminary Injunction and Expedited Discovery [7] is denied as moot.
    IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: February 25, 2019